UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES K. MCLEOD,
        Plaintiff,

                              Case No. 1:07-cv-584

-v-

                              HONORABLE PAUL L. MALONEY
                              HONORABLE ELLEN S. CARMODY

TODD STEPHENS, et al.,
        Defendant.

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has before it a Report and Recommendation (Dkt. No. 23). No objections have been filed and more than ten days have passed since the Report and Recommendation was issued.

The Magistrate Judge recommends dismissing the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Civil Rules for the Western District of Michigan. The complaint was filed while Plaintiff McLeod was incarcerated. He has since been paroled. The record indicates Plaintiff has not been given notice of either the pretrial conference he failed to attend or the Report and Recommendation because no forwarding address for him is available.

The Report and Recommendation is **ACCEPTED.** T**he complaint is DISMISSED WITHOUT PREJUDICE.** This action is **TERMINATED. IT IS SO ORDERED.**

Date:  May 30, 2008                                                       /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge